# COVINGTON

BEIJING   BRUSSELS   LONDON   LOS ANGELES
NEW YORK   SAN FRANCISCO   SEOUL
SHANGHAI   SILICON VALLEY   WASHINGTON

**By CM/ECF E-Filing**                                                                March 9, 2021

Ms. Catherine O'Hagan Wolfe
Clerk of Court
U.S. Court of Appeals for the Second Circuit
40 Foley Square
New York, NY 10007

**Re: *74 Pinehurst LLC et al. v. State of New York et al*, No. 21-467**

Dear Ms. Wolfe:

      I am counsel for Plaintiff-Appellants 74 Pinehurst LLC, 141 Wadsworth LLC, 177 Wadsworth LLC, Dino Panagoulias, Dimos Panagoulias, Vasiliki Panagoulias, and Eighty Mulberry Realty Corporation in the above-captioned appeal. Pursuant to Circuit Rule 31.2(a)(1)(A), I respectfully request that the deadline for the filing of the appellants' opening brief be April 30, 2021. That deadline complies with Circuit Rule 31.2(a)(1)(A) because it is within 91 days after the February 28, 2020 "ready date" defined in that Rule.

                                                     Respectfully submitted,

                                                     */s/ Jonathan M. Sperling*
                                                     Jonathan M. Sperling
                                                     *Counsel for Appellants*